# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

In Re Alliance Equipment Leasing Program

V.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   98cv2150 J (NLS)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiffs' Motion for Summary Judgment is granted. Judgment shall be entered against each Defendant Class member listed in Column 1 and in favor of the corresponding Investor/Plaintiff Class member in Column 2 to whom each Defendant Class member sold an interest in the Alliance Lease Program, for the total net remaining damages, set forth in Column 4, plus interest thereon, stated in Column 5 of the Supplemental Appendix, for violation of Section 12(a)(1) of the Securities Act of 1933.

| August 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ A. Everill |
|  | (By) Deputy Clerk |
|  | ENTERED ON August 7, 2007 |